UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                           :

SARAH R. GOVAN,                        :

                     Plaintiff,          :

                                            :        22-CV-8997 (JMF) (VF)

        -v-                        :

                                            :           ORDER

COMMISSIONER OF SOCIAL SECURITY,    :

                                          :

                    Defendant.       :

                                          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated October 24, 2022, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 6. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. Defendant entered an appearance on October 25, 2022. *See* ECF No. 8. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **November 17, 2022**.

      SO ORDERED.

Dated: November 10, 2022
      New York, New York
                                        JESSE M. FURMAN
                                   United States District Judge