# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

April 26, 2023

**VIA ECF**

Honorable Valerie Figueredo
United States District Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Application Granted**
>
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: 4-27-2023
>
> The parties' proposed amended briefing schedule contained herein is adopted. The Clerk of Court is directed to terminate the motion at ECF No. 20.

      Re:    *Govan v. Commissioner of Social Security*
                Civil Action No. 1:22-cv-08997-VF

Dear Judge Figueredo,

      We write on behalf of plaintiff, Sara R. Govan, and with the consent of the defendant, to request a 45-day extension of time to serve plaintiff's motion for judgment on the pleadings as per the November 10, 2022 Scheduling Order. Plaintiff's motion for judgment on the pleadings is due on April 28, 2023. Plaintiff respectfully requests an extension of time up to and including June 12, 2023. This is plaintiff's first request for an extension. Due to illness, Plaintiff's counsel is unable to make the current deadline and due to scheduled Social Security briefs, additional time is necessary.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. Plaintiff served a written proposal for settlement on counsel for the Commissioner on **February 27, 2023**;

b. The Parties filed a joint letter stating that they intend to proceed to briefing on their respective positions on **March 29, 2023**;

c. The Defendant filed the e-CAR on **March 29, 2023;**

Honorable Valerie Figueredo
April 26, 2023
Page Two

    d.  Plaintiff to file her motion for judgment on the pleadings on or before **June 12, 2023**;

    e.  Defendant to file its response/cross-motion on or before **August 11, 2023**; and

    f.  Plaintiff to file her reply (if any) on or before **September 1, 2023**.

Thank you for your consideration of this request.

                            Respectfully submitted,

                            <u>s/Daniel A. Osborn</u>
                            Daniel A. Osborn
                            OSBORN LAW, P.C.
                            43 West 43rd Street, Suite 131
                            New York, New York 10036
                            Telephone:    212-725-9800
                            Facsimile:     212-500-5115
                            dosborn@osbornlawpc.com

cc: Michael Corona, Esq. (by ECF)