**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SARAH R. GOVAN,

                Plaintiff,                22 **CIVIL** 8997 (VF)

    -against-                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 6, 2024, Govan's motion for judgment on the pleadings is GRANTED, and the Commissioner's cross-motion for judgment on the pleadings is DENIED.

**Dated:** New York, New York

      February 6, 2024

                                          RUBY J. KRAJICK
                                          Clerk of Court

                            **BY:**
                                            _____
                                              **Deputy Clerk**